## CITY OF ROME v. McWILLIAMS.

EVANS, P. J. 1. The nature of the case fully appears from previous reports of it in 138 *Ga.* 581 (75 S. E. 645), and 142 *Ga.* 848 (83 S. E. 945). The evidence authorized the verdict.

2. It is a well-established rule of practice that a ground of a motion for new trial based upon the admission of evidence should state the objection made to the evidence, and that such objection was urged at the time the objection was made; otherwise no question is raised for determination. *Hill* v. *Chastain,* 138 *Ga.* 750 (75 S. E. 1130); *Dunn* v. *Evans,* 139 *Ga.* 741 (3), 742 (78 S. E. 122); *Chambers* v. *State,* 141 *Ga.* 652 (81 S. E. 880); *G. & F. Ry. Co.* v. *Stapleton,* 143 *Ga.* 46 (84 S. E. 120).　　　*Judgment affirmed. All the Justices concur.*

MAY 11, 1916.

Action for damages. Before Judge Wright. Floyd superior court. March 25, 1915.

*Max Meyerhardt,* for plaintiff in error.

*Sharp & Sharp* and *W. M. Henry,* contra.